

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2025

04-24-00849-CV

**IN RE NAMAN HOWELL SMITH & LEE PLLC** and David ORTEGA

Original Proceeding[1]

**ORDER**

On December 13, 2024, relators filed a petition for writ of mandamus and a motion for emergency temporary relief.

After considering the mandamus petition, the record, and relators' motion for emergency relief, we conclude relators are not entitled to the relief sought. Therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8. The motion for temporary relief is DENIED AS MOOT.

It is so **ORDERED** on January 15, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2023-CI-09973, styled *Joe A. Gamez Law Firm, P.C. and Joe A. Gamez, v. BITC National Insurance Company, BITCO General Insurance Corporation, R. Scott Westlund, Ketterman, Rowland & Westlund, Naman Howell Smith & Lee, PLLC, and David Ortega*, in the 408th Judicial District Court, Bexar County, Texas, the Honorablec Angelica Jimenez presiding.